### EX PARTE GREENE.

(Decided June 14, 1914.)

CERTIORARI to Court of Appeals.

W. H. STODDARD and M. W. RUSHTON, for appellant. F. B. BRICKEN, for appellee.

Per curiam. Dismissed for want of prosecution.

---

### EX PARTE HALE.

(Decided May 14, 1914.)

CERTIORARI to Court of Appeals.

ALLEN & BELL, for appellant. R. C. BRICKELL, Attorney General, for the State.

McCLELLAN, J.—Petition to review the judgment and decision of the Court of Appeals in the case of *Hale v. State*, 10 Ala. App. 22, 64 South. 530. Certiorari denied.

---

### EX PARTE HARRIS.

(Decided May 14, 1914.)

CERTIORARI to Court of Appeals.

O. S. LEWIS, for appellant. R. C. BRICKELL, Attorney General, for the State.

SAYRE, J.—Application to review the judgment and decision of the Court of Appeals in the case of *Harris v. State*, 9 Ala. App. 87, 64 South. 352. Writ denied.

---

### EX PARTE HOWELL.

(Decided May 14, 1914.)

CERTIORARI to Court of Appeals.

J. J. RAY, for appellant. R. C. BRICKELL, Attorney General, for the State.

DE GRAFFENRIED, J.—Petition for certiorari to review the judgment and decision of the Court of Appeals in *Howell v. State*, 10 Ala. App. 1, 64 South. 522. Writ denied.